United States Courts
Southern District of Texas
FILED

*March 20, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| EMANUEL CHRISTIAN WALKER, | § | **4:26-cr-149** |
| Defendant. | § | |

INDICTMENT

The Grand Jury charges:

**COUNT ONE:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 11, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

### COUNT TWO:

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 24, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**COUNT THREE:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about July 15, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE

## (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendant,

EMANUEL CHRISTIAN WALKER,

that upon conviction of an offense in violation of Title 21, United States Code, § 841 as set out in Counts 1 through 4 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3) Including but not limited to:

  - A Glock 30 Gen 4, serial number CAWC815.

A TRUE BILL:

Original Signature on File

_____

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

*Richard D. Hanes*
_____
RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas