United States Courts
Southern District of Texas
FILED

*May 06, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:26-CR-149-S |
| | § | |
| EMANUEL CHRISTIAN WALKER, | § | |
| and | § | |
| JUSTIN LEONARD, | § | |
| Defendants. | § | |

<u>SUPERSEDING INDICTMENT</u>

The Grand Jury charges:

## <u>COUNT ONE</u>:

### <u>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE</u>

On or about at least June 11, 2025 to at least April 7, 2026, in the Southern District of Texas and elsewhere, the defendants,

EMANUEL CHRISTIAN WALKER,
and
JUSTIN LEONARD,

knowingly and intentionally combined, confederated, conspired, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the offense of Possession with Intent to Distribute a Controlled Substance. This violation involved a quantity of 500 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A)(viii), and 846.

## **COUNT TWO:**

POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE

On or about June 11, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

### COUNT THREE:

POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE

On or about June 24, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT FOUR</u>:**

<u>POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE</u>

On or about July 15, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT FIVE</u>:**

<u>POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE</u>

On or about August 19, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

### **COUNT SIX:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**COUNT SEVEN:**

<u>POSSESSION WITH INTENT TO DISTRIBUTE</u>
<u>A CONTROLLED SUBSTANCE</u>

On or about January 22, 2026, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

## <u>COUNT EIGHT</u>:

<u>AIDING AND ABETTING POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE</u>

On or about March 4, 2026, in the Southern District of Texas and elsewhere, the defendant,

EMANUEL CHRISTIAN WALKER,
and,
JUSTIN LEONARD,

aiding and abetting each other and others known and unknown to the grand jury did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, § 2.

## NOTICE OF CRIMINAL FORFEITURE

## (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendant,

EMANUEL CHRISTIAN WALKER,
And,
JUSTIN LEONARD,

that upon conviction of an offense in violation of Title 21, United States Code, § 841 as set out in Counts 1 through 6 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3) Including but not limited to:

   - A Glock 30 Gen 4, serial number CAWC815;

   - A Sig Saur 9mm handgun, serial number 66B710864.

                              A TRUE BILL:

                                 ORIGINAL SIGNATURE ON FILE

                              _____
                              FOREPERSON OF THE GRAND JURY


JOHN G.E. MARCK
Acting United States Attorney


*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas